HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA, DC Bar #90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PETE ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETE ALVAREZ<br><br>Defendant. | Case No.  1:26-cr-58-KES-EPG<br><br>**AMENDED STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; ORDER**<br><br>Judge:  Hon. Erica P. Grosjean |

On April 6, 2026, Pete Alvarez was granted pretrial release in the above-captioned case under various conditions.  ECF No. 9.  Two of those conditions include living with third-party custodian, Adan Navarrette, and a curfew.  ECF No. 12, p. 2.  As relevant here, condition no. 7(n) sets forth the applicable curfew and states:  "You are restricted to your residence every day from of 9:00 p.m. to 9:00 a.m., or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment or court-ordered obligations[.]"  On April 16, 2026, the government issued an indictment charging Mr. Alvarez with a violation of 18 U.S.C. § 922(g)(1).  ECF No. 14.  Mr. Alvarez appeared for an initial appearance held that same day.

On April 15, 2026, Mr. Alvarez's nephew, Ernesto Rodriguez, tragically passed away.  He was only 28 years old.  Following his passing, Mr. Alvarez's family began making funeral arrangements.  Undersigned counsel has been informed that the viewing service is confirmed for

Thursday, April 30, 2026, and the burial service will occur on May 1, 2026.  Mr. Alvarez respectfully requests to remain in Stockton overnight with his third-party custodian on April 30, given that both services will be held in Stockton.  *See* Exh. A, Adan Navarrette, Decl.

Mr. Alvarez's Pretrial Services Officer, Lorena Gallagher, initiated contact with the parties regarding this request and indicated she does not oppose given his overall compliance and reporting status.  In response, Assistant United States Attorney Robert Veneman-Hughes confirmed the government defers to the judgment of Pretrial Services and does not oppose.

Based on the foregoing, IT IS HEREBY STIPULATED by and through the parties through their respective undersigned counsel, that condition 7(n) of Mr. Alvarez's conditions of pretrial release be temporarily amended to allow an overnight stay in Stockton on Thursday, April 30, 2026, with the appointed third-party custodian, for the purpose of attending the viewing and burial services.

Respectfully submitted,

ERIC GRANT
United States Attorney

Dated:  April 24, 2026

*/s/ Robert Veneman-Hughes*
ROBERT VENEMAN-HUGHES
Assistant United States Attorney
Attorney for Plaintiff

Dated:  April 24, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/  Lisa Ndembu Lumeya*
LISA N. LUMEYA
Assistant Federal Defender
Attorney for Defendant
PETE ALVAREZ

Alvarez – Stipulation

-2-

**O R D E R**

**IT IS SO ORDERED.** The Court hereby temporarily amends defendant Pete Alvarez's conditions of release as follows: The Court's curfew condition (7)(n) shall be temporarily amended to allow an overnight stay in Stockton, California, with the appointed third-party custodian on Thursday, April 30, 2026, for the purpose of permitting Mr. Alvarez to attend his nephew's viewing and burial services. All other conditions of pretrial release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:    **April 24, 2026**                    /s/ *Erica P. Grosjean*
                                          UNITED STATES MAGISTRATE JUDGE

Alvarez – Stipulation

-3-