HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA, DC Bar #90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PETE ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>PETE ALVAREZ<br>Defendant. | Case No. 1:26-cr-00058-KES-EPG<br>**STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; AND ORDER** |

Plaintiff United States of America, by and through its counsel of record Robert Veneman-Hughes, and defendant, by and through his counsel of record Lisa N. Lumeya, hereby stipulate as follows:

1. By previous order, Mr. Alvarez was ordered released on pretrial conditions on April 6, 2026. ECF No. 9.
2. Those conditions were temporarily modified by previous order of the Court on April 24. ECF No. 19.
3. Mr. Alvarez has maintained full compliance with his pretrial conditions throughout the duration of this case.
4. The parties hereby stipulate to modify Condition 7(c), set forth in ECF No. 12 and temporarily modified by ECF No. 19. Pretrial Services has been notified of this modification and has no objection.

5. Condition 7(c) currently requires Mr. Alvarez to reside with his third-party custodian.

   a. Specifically, condition 7(c) provides: "reside with your third-party custodian and not change your residence without prior approval of pretrial services officer[.]"

   b. The parties hereby stipulate to amend condition 7(c) to modify Mr. Alvarez's residence condition to one approved by pretrial services: "reside at a location approved by the pretrial services officer, and not change your residence without the prior approval of the pretrial services officer[.]"

IT IS SO STIPULATED.

Respectfully submitted,

ERIC GRANT
United States Attorney

Dated: August 31, 2026

*/s/ Robert Veneman-Hughes*
ROBERT VENEMAN-HUGHES
Assistant United States Attorney
Attorney for Plaintiff

Dated: August 31, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lisa Ndembu Lumeya*
LISA N. LUMEYA
Assistant Federal Defender
Attorney for Defendant
PETE ALVAREZ

**O R D E R**

**GOOD CAUSE APPEARING,** the above stipulation to modify Mr. Alvarez's conditions of release is hereby adopted. All other conditions of pretrial release shall remain in full force and effect.

Dated: August 31, 2026

HON. FRANK J. SINGER
United States Magistrate Judge